**Order entered August 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00617-CV

## K.A.WEST, LLC & DANNY KATAVE, Appellants

## V.

## GK INVESTMENTS, INC., MICHAEL BAREKET, ET AL, Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 06-08847**

## ORDER

Appellees' unopposed motion to supplement appellees' brief is **GRANTED**.


/s/      DAVID L. BRIDGES
           JUSTICE